GARY M. RESTAINO
United States Attorney
District of Arizona
SHEILA PHILLIPS
Assistant United States Attorney
Michigan State Bar No. P51656
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: sheila.phillips2@usdoj.gov
Attorneys for Plaintiff

FILED _____     _____ LODGED
_____ RECEIVED     _____ COPY

SEP 1 4 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR
PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.    CR-22-1193-PHX-DJH (MTM) |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO:    18 U.S.C. §§ 922(a)(6) & 924(a)(2) |
| Terrianne Rae Jackson, | (Making Material False Statement in Connection with the Acquisition of a Firearm) Counts 1 – 20 |
| Defendant. | 18 U.S.C. § 924(a)(1)(A) (False Statement During the Purchase of a Firearm) Counts 21 – 34 |
| | 18 U.S.C. §§ 924(d) and 981; 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c) (Forfeiture Allegations) |

**THE GRAND JURY CHARGES**:

<u>**COUNTS 1 – 20**</u>

On or about the dates listed below, in the District of Arizona, Defendant TERRIANNE RAE JACKSON knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions

of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant TERRIANNE RAE JACKSON did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating that she was the actual buyer or transferee of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, Defendant TERRIANNE RAE JACKSON knew that she was buying the firearm on behalf of another person:

| Count | Date | FFL Business |
|---|---|---|
| 1 | 3/24/2021 | Shooter's World, Phoenix, AZ |
| 2 | 4/10/2021 | Shooter's World, Phoenix, AZ |
| 3 | 5/5/2021 | Shooter's World, Peoria, AZ |
| 4 | 5/8/2021 | Shooter's World, Phoenix, AZ |
| 5 | 5/26/2021 | Shooter's World, Phoenix, AZ |
| 6 | 6/29/2021 | Legendary Guns, Phoenix, AZ |
| 7 | 7/2/2021 | Legendary Guns, Phoenix, AZ |
| 8 | 9/2/202 | Tombstone Tactical, Phoenix, AZ |
| 9 | 9/3/2021 | Legendary Guns. Phoenix, AZ |
| 10 | 9/16/2021 | Legendary Guns, Phoenix, AZ |
| 11 | 9/20/2021 | Shooters World, Phoenix, AZ |
| 12 | 9/30/2021 | Legendary Guns, Phoenix, Z |
| 13 | 9/30/2021 | Sportsman's Warehouse, Phoenix, AZ |
| 14 | 10/7/2021 | Sportsman's Warehouse, Mesa, AZ |
| 15 | 10/19/2021 | Tombstone Tactical, Phoenix, AZ |
| 16 | 10/20/2021 | Tombstone Tactical, Phoenix, AZ |
| 17 | 12/8/2021 | Tombstone Tactical, Phoenix, AZ |
| 18 | 12/8/2021 | Shooter's World, Phoenix, AZ |
| 19 | 12/12/2021 | Tombstone Tactical, Phoenix, AZ |
| 20 | 12/12/2021 | Sportsman's Warehouse, Avondale, AZ |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNTS 21 –34

On or about the dates listed below, in the District of Arizona, Defendant TERRIANNE RAE JACKSON knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of

Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant TERRIANNE RAE JACKSON did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below, stating that Defendant TERRIANNE RAE JACKSON resided at an address on North 19th Avenue, whereas in truth and fact, Defendant TERRIANNE RAE JACKSON knew that she resided at a different address:

| Count | Date | Business |
|---|---|---|
| 21 | 9/2/2021 | Tombstone Tactical, Phoenix, AZ |
| 22 | 9/3/2021 | Legendary Guns. Phoenix, AZ |
| 23 | 9/16/2021 | Legendary Guns, Phoenix, AZ |
| 24 | 9/20/2021 | Shooters World, Phoenix, AZ |
| 25 | 9/30/2021 | Legendary Guns, Phoenix, Z |
| 26 | 9/30/2021 | Sportsman's Warehouse, Phoenix, AZ |
| 27 | 10/7/2021 | Sportsman's Warehouse, Mesa, AZ |
| 28 | 10/19/2021 | Tombstone Tactical, Phoenix, AZ |
| 29 | 10/20/2021 | Tombstone Tactical, Phoenix, AZ |
| 30 | 12/8/2021 | Tombstone Tactical, Phoenix, AZ |
| 31 | 12/8/2021 | Shooter's World, Phoenix, AZ |
| 32 | 12/12/2021 | Tombstone Tactical, Phoenix, AZ |
| 33 | 12/12/2021 | Sportsman's Warehouse, Avondale, AZ |
| 34 | 3/31/2022 | Windy City, Phoenix, AZ |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATIONS

The Grand Jury realleges and incorporates the allegations of Counts 1 through 34 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offense(s) alleged in Counts 1 through 34 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendant is liable.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/S
FOREPERSON OF THE GRAND JURY
Date:  September 14, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

/S
SHEILA PHILLIPS
Assistant U.S. Attorney