TIMOTHY COURCHAINE
United States Attorney
District of Arizona

SHEILA PHILLIPS
Michigan State Bar No. P51656
Assistant United States Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: Sheila.Phillips2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR- 22-01193-PHX-DJH |
|---|---|
| Plaintiff, | |
| vs. | **UNITED STATES SENTENCING MEMORANDUM AND POSITION ON DOWNWARD VARIANCE** |
| Terrianne Rae Jackson, | |
| Defendant. | |

The United States requests the Court sentence Defendant to 18 months' imprisonment followed by 3 years of supervised release. Defendant's characteristics and lack of criminal history fail to warrant a downward variance to the extent requested by Defendant.

## I.    FACTS

On April 17, 2025, Defendant pleaded guilty to Count 24 of the indictment which charged False Statement During the Purchase of a Firearm, in violation of 18 U.S.C. § 924(a)(1)(A), and entered into a written plea agreement. Pursuant to Fed. R. Crim. P. 11(c)(1)(C), the parties stipulate to a three-level reduction should the defendant clearly accept responsibility for this offense. PSR ¶ 3. The parties stipulate to a sentence not to exceed 24 months imprisonment. *Id*.

Between November 17, 2020, and March 31, 2022, Defendant purchased 36 firearms from firearms dealers in the Phoenix area. PSR ¶ 6.  In November 2021, agents

with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) began their investigation of Defendant's firearm purchases after learning that she purchased numerous firearms commonly trafficked by criminal street gangs. *Id.* Twelve of which have been recovered in unrelated criminal events.[1] *See* PSR ¶ 7. The Glock 19 9 x 19 mm pistol (BSXU950) purchased September 2, 2021, was recovered December 1, 2021, in a home containing numerous firearms and illicit substances; the Ruger LCP .380 ACP caliber pistol (372428030) purchased May 8, 2021, was recovered November 24, 2021, after it was involved in a homicide; and the Smith & Wesson Model M&P 9 Shield 9 x 19 mm (JMV4355) purchased September 16, 2021, was recovered October 1, 2021, in an unspecified event. *Id.*

## II.    SENTENCING GUIDELINE

The Presentence Investigation Report (PSR) accurately calculates Defendant's Total Offense Level at 21 after acceptance of responsibly, with a base level of 14 adding a 6-point enhancement under USSG §2K2.1(b)(1)(C) for 36 firearms and a four-level enhancement for engaging in firearms trafficking under USSG §2K2.1(b)(5). PSR ¶¶ 12-32. Based a Criminal History Category is I; Defendant's guideline range is correctly calculated at 37 to 46 months' incarceration.   PSR at 19. The PSR recommends a sentence of 24 months, the maximum stipulated sentence in the Plea Agreement, which requires a downward variance. *Id*.  Defendant requests a probationary sentence. *See* Doc. 56.   The Government agrees that a slight downward variance is warranted but does not believe that a probationary sentence is sufficient given the extend of Defendant's criminal activities.

## III.    UNITED STATES SENTENCING RECOMMENDATON

Defendant engaged in a pattern of criminal activity that spanned over a year.  During that time, she purchased multiple firearms for a cousin in California who was a convicted

---

[1] SA Lowell Farley updated the government with additional firearm recovers not in the PSR at Doc. 51.

- 2 -

felon, who likely sold them to other prohibited possessors. *See* PSR ¶ 12. Several of the firearms she purchased were recovered by law enforcement in California, one of which was used in a homicide. PSR ¶ 7. In further demonstration of her disregard for the law, Defendant went shooting with her significant other, knowing that he was a felon. PSR ¶¶ 8, 11.

On December 16, 2021, ATF provided Defendant with a warning letter when she came with her significant other to Tombstone Tactical to pick up preordered firearms. PSR ¶ 12. She, however, failed to desist her criminal behavior and continued to purchase firearms for her cousin until March 31, 2022. PSR ¶ 6.

After her Indictment, Defendant's compliance with pretrial release conditions has been inconsistent, especially early in her supervision, which included two positive drug tests, and erratic attendance in mental health treatment. PSR at 20, PSR ¶ 4. To her credit, she has remained drug free since July 2024, pursued a degree in business administration and has had stable employment since January 2025. Therefore, the United States agrees that a variance below the guideline range is warranted.

Nevertheless, based on the extent of Defendant's conduct, a significant sentence is warranted to impress upon her the seriousness of her actions, promote deterrence and provide just punishment. Therefore, a sentence of 18 months is sufficient but not greater than necessary to achieve these goals.

## IV.    CONCLUSION

Therefore, the United States respectfully requests the Court sentence Defendant to a total of 18 months' imprisonment followed by 3 years of supervised release.

Respectfully submitted this 15<u>th </u>day of September 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

 *s/ Sheila Phillips*
SHEILA PHILLIPS
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on the above date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing sealed documents, and that true and accurate copies have been transmitted electronically to the following recipient:

Candice Shoemaker, Law Office of Candice L. Shoemaker
*Attorney for Defendant*

 *s/ Carlton Covington*
United States Attorney's Office